# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARRETT, JR.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OFFICER HAVING CUSTODY,<br><br>　　　　　Respondent. | Case No. EDCV 21-1508-PA (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has reviewed de novo those portions of the Report and Recommendation to which Petitioner has objected. Petitioner's Objections are overruled, and the Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: April 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE