JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARRETT, JR., <br><br> Petitioner, <br><br> v. <br><br> STATE OFFICER HAVING CUSTODY, <br><br> Respondent. | Case No. EDCV 21-1508-PA (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 30, 2022

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE